UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/2026

IVAN LAND, JR.,

                Plaintiff,

        -v-

HERO COLLECTIVE ENTERPRISES, INC., ET AL.

              Defendants.

**ORDER**

26-CV-1893 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter, ECF No. 9 (the "Letter"), responding to the undersigned's June 9, 2026 order to show cause at ECF No. 3. The relief requested in the Letter is **GRANTED**. The deadline to effectuate service is extended to **July 24, 2026**. Pursuant to Rule II(A) of the undersigned's Individual Rules and Practices for Civil Cases, any future requests for adjournments or extensions must be made by filing a letter motion on the docket.

**SO ORDERED.**

Dated: June 24, 2026
     New York, New York

                             Henry J. Ricardo
                             United States Magistrate Judge