USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN LAND, JR.,

Plaintiff,

-v-

HERO COLLECTIVE ENTERPRISES, INC., ET AL.

Defendants.

**ORDER**

26-CV-1893 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

In light of the mediation referral entered on August 25, 2026, ECF No. 23, the deadline for the parties to submit a proposed scheduling order and the case management conference scheduled for September 4, 2026 are adjourned *sine die*. The parties are directed to file a joint letter not to exceed three single-spaced pages providing an update regarding the status of this case by **October 26, 2026**.

**SO ORDERED.**

Dated: August 26, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge