USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN LAND, JR.,

Plaintiff,

-v-

HERO COLLECTIVE ENTERPRISES, INC., ET AL.

Defendants.

**ORDER**

26-CV-1893 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' October 26, 2026 joint status letter. ECF No. 26. The parties are directed to file a further joint status letter by **December 17, 2026**.

**SO ORDERED.**

Dated: October 27, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge